# Buchanan

**Thomas G. Collins**
717 237 4843
thomas.collins@bipc.com

409 North Second Street
Suite 500
Harrisburg, PA  17101-1357
T 717 237 4800
F 717 233 0852

December 1, 2025

**VIA ECF**

The Honorable John M. Gallagher
United States District Court for the Eastern District of Pennsylvania
Edward N. Cahn Courthouse & Federal Building
504 W. Hamilton Street, Suite 4701
Allentown, Pennsylvania 18101

Re:    ***Brent Nickischer v. Patient First Pennsylvania Medical Group, PLLC***
    **Civil Action No. 5:24-cv-04748-JMG**

Dear Judge Gallagher:

On behalf of Defendant, Patient First Pennsylvania Medical Group, PLLC, I write in accordance with Rule II. B. I. of Your Honor's Policies and Procedures to request in-person oral argument on Defendant's Motion for Summary Judgment in the above-referenced matter. Because Defendant's Motion asserts multiple alternative grounds for dismissal of this case, Defendant respectfully submits that oral argument would aid in the adjudication of Defendant's Motion.

Respectfully submitted,

Thomas G. Collins

cc:    All counsel of record (via ECF)