IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENT NICKISCHER, :
          Plaintiff, :
:
v. : Civil No. 5:24-cv-04748-JMG
:
PATIENT FIRST PENNSYLVANIA MEDICAL :
GROUP, PLLC, :
          Defendant. :

**ORDER**

**AND NOW**, this 12th day of January, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 33), Defendant's Statement of Undisputed Material Facts (ECF No. 34), Defendant's Memorandum of Law in Support of Defendant's Motion (ECF No. 37), Plaintiff's Response to Defendant's Statement of Undisputed Material Facts (ECF No. 39), Plaintiff's Opposition to Defendant's Motion (ECF No. 40), Plaintiff's Partial Motion for Summary Judgment (ECF No. 35), Defendant's Statement of Disputed Material Facts (ECF No. 41), Defendant's Opposition to Plaintiff's Motion (ECF No. 42), the parties' joint appendix (ECF No. 36), Defendant's letter dated December 1, 2025 requesting oral argument (ECF No. 43), and Defendant's Motion to Stay Remaining Deadlines (ECF No. 45) **IT IS HEREBY ORDERED** as follows:

    1.    Defendant's Motion for Summary Judgment (ECF No. 33) on Plaintiff's discriminatory discharge claim brought under 42 U.S.C. § 12112(a) is **GRANTED**.

    2.    Plaintiff's Partial Motion for Summary Judgment (ECF No. 35) on Plaintiff's discriminatory discharge claim brought under 42 U.S.C. § 12112(a) is **DENIED**.

3. Defendant's Motion for Summary Judgment (ECF No. 33) on Plaintiff's retaliation claim brought under 42 U.S.C. § 12203(a) is **GRANTED**.

4. Plaintiff's Partial Motion for Summary Judgment (ECF No. 35) on Plaintiff's retaliation claim brought under 42 U.S.C. § 12203(a) is **DENIED**.

5. Defendant's Motion for Summary Judgment (ECF No. 33) on Plaintiff's failure-to-accommodate claim brought under 42 U.S.C. § 12112(a) is **DENIED**.

6. Defendant's Motion for Summary Judgment (ECF No. 33) on Plaintiff's request for punitive damages is **DENIED**.

7. Defendant's letter request for oral argument (ECF No. 43) is **DENIED** as moot.

8. Defendant's Motion to Stay Remaining Deadlines (ECF No. 45) is **DENIED** as moot.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge