IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT NICKISCHER,<br>        Plaintiff,<br><br>        v.<br><br>PATIENT FIRST PENNSYLVANIA MEDICAL GROUP, PLLC,<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     Civil No. 5:24-cv-04748-JMG |

**ORDER**

**AND NOW,** this   14th   day of January, 2026, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                                           George Wylesol
                                                                           Clerk of Court

                                                                           By:

                                                                           */s/ Christine C. Stein*
                                                                           Christine C. Stein
                                                                           Deputy Clerk to Judge John M. Gallagher